RECEIVED
JUL 16 2004
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHIRLEY A. GOINGS, | ) CASE NO. 1:04-CV-0427 DFH-TAB |
| Plaintiff, | ) |
| v. | ) |
| BRISTOL-MYERS SQUIBB COMPANY, | ) |
| Defendant. | ) |

## STIPULATION REGARDING THE AMOUNT IN CONTROVERSY

The plaintiff, Shirley A. Goings, hereby stipulates that the amount in controversy, pursuant to 28 U.S.C. § 1332(b), does not exceed $75,000 and, thus, the amount of the plaintiff's damages, computed without regard to any setoff or counterclaim to which the defendant may be adjudged to be entitled, and exclusive of interest and costs, does not exceed $75,000.

Respectfully submitted,

By: _____
Craig R. Karpe
1 North Pennsylvania Street
Suite 880
Indianapolis, Indiana 46204
(317) 635-7000

Attorney for Plaintiff Shirley A. Goings

INIMAN2 823053v1

## CERTIFICATE OF SERVICE

I certify that a copy of this Stipulation Regarding The Amount In Controversy was served via United States first-class mail, postage prepaid, on ___15 July___, 2004, upon:

Andrea Roberts
BAKER & DANIELS
300 North Meridian Street
Suite 2700
Indianapolis, Indiana 46204